# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AIA AMERICA, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ARCHER PHARMACEUTICALS, INC.,<br>a Delaware corporation,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br><br>CASE NO.　2:15-cv-09234-CM-TJJ |

## STIPULATION OF DISMISSAL

The above-captioned matter having been settled by and between the named parties, it is hereby stipulated and agreed that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above litigation be and hereby is dismissed WITH PREJUDICE and without costs and/or attorneys' fees as to any party.

| **THE MCCLAIN LAW FIRM LLC** | **MCDOWELL RICE SMITH & BUCHANAN PC** |
|---|---|
| By: s/ Daniel L. McClain<br>　　Daniel L. McClain, Esq. #16335<br>　　9229 Ward Parkway, Suite 370<br>　　Kansas City, Missouri 64114<br>　　Phone: 816-523-4667 Ext. 117<br>　　Fax: 816-523-5667<br>　　dlm@danmcclainlaw.com | By: s/ Louis J. Wade<br>　　Louis J. Wade, Esq. #13042<br>　　605 W 47th Street<br>　　Suite 350<br>　　Kansas City, MO 64112<br>　　Telephone: 816-753-5400<br>　　Direct: 816-960-7323<br>　　Facsimile: 816-753-9996<br>　　lwade@mcdowellrice.com |
| Dated: March 7, 2016 | Dated: March 7, 2016 |
| *Attorneys for Archer Pharmaceuticals, Inc.* | *Attorneys for AIA America, Inc.* |